*ter* for petitioner. No appearance for respondent. ■

No. 653. BANKERS UTILITIES CO., INC., ET AL. *v.* NATIONAL BANK SUPPLY CO., INC., ET AL. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Roy L. Daily* for petitioners. *Messrs. C. P. Goepel, Charles E. Townsend,* and *Wm. A. Loftus* for respondents. ■

No. 662. SMITH-HAMBURG SCOTT WELDING CO. ET AL. *v.* BICKELL ET AL. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Wilson* for petitioners. *Messrs. Dean S. Edmonds* and *Wm. H. Davis* for respondents. ■

No. 663. HURT ET AL. *v.* NEW YORK LIFE INS. CO. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Austin M. Cowan* for petitioners. *Messrs. Charles M. Blackmar, Henry I. Eager, Richard E. Bird,* and *Louis H. Cooke* for respondent. ■

No. 597. CHETKOVICH *v.* UNITED STATES. February 29, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Shelton* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Claude R. Branch, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for the United States.